UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Nathel Harris,                                                                 Civil No. 11-3438 JNE/JSM

            Plaintiff,

vs.

Richard Boone,
Coon Rapids P.D. Badge #K056,
In his individual capacity acting
under color of law as a Coon Rapids police officer,

Benjamin Bautch,
Coon Rapids P.D. Badge #K073,
In his individual capacity acting
under color of law as a Coon Rapids police officer,

Interna Kim,
Coon Rapids P.D. Badge #K119,
In individual capacity acting
under color of law as a Coon Rapids police officer,

and

City of Coon Rapids,
A government entity and political subdivision of the state of Minnesota,

            Defendants.

---

## ORDER

---

      This case is before the Court on plaintiff's motion to continue the jury trial [Doc. No.

22]. The Court grants the motion. The trial of this matter shall be removed from the trial

block beginning June 3, 2013, and set for trial on Monday, August 12, 2013 at 9:30 a.m. in Courtroom 12W, Minneapolis, Minnesota.

    IT IS SO ORDERED.


Dated:  May 14, 2013                                            s/Joan N. Ericksen  
                                                                    JOAN N. ERICKSEN  
                                                                    United States District Judge